Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Ivan Radic*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| IVAN RADIC, | CASE NO.: 5:25-cv-01713-KK-SP |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| TESMANIAN LLC, | |
| Defendant. | |

 Plaintiff IVAN RADIC ("Radic"), by and through his undersigned counsel, and pursuant to Local Rule 40-2 of the Central District of California, hereby notifies the Court that the parties have reached a settlement, and requests until September 18, 2025 in which to file a Notice of Dismissal.

DATED: August 21, 2025   Respectfully submitted,

            */s/ Matthew L. Rollin*

MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Attorneys for Plaintiff Ivan Radic*